

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2015

No. 04-15-00041-CV

**TEMPLETON MORTGAGE CORP.,**
Appellant

v.

Gary **POENISCH**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 10-422-A
Honorable N. Keith Williams, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to July 22, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Gary Poenisch                         Keith C. Thompson
        206 E. Locust Street, Suite 218       11003 Quaker Avenue
        San Antonio, TX 78212                 Lubbock, TX 79424